## Commonwealth *v.* Lewis, Appellant.

Argued March 19, 1976. *Marvin H. Donsky*, with him *Mazis & Donsky*, for appellant; *Mark Zecca*, Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth, Appellant, *v.* Lieberman.

Argued March 8, 1976. *Jerome H. Gerber*, with him *Charles W. Johnston, Jr.*, and *Handler, Gerber and Weinstock*, and *Thomas J. Williams, III*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellant; *Bruce E. Cooper*, with him *Cooper, Friedman & Butler*, for appellee.

Order affirmed.